UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MARK DONOVAN WILLIAMS,                          Case No. 3:12-cv-01986-HA

        Plaintiff,                                     JUDGMENT

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

HAGGERTY, District Judge:

Based on the Order entered in this case dated January ___, 2014, this case is dismissed

with prejudice.  Judgment is entered in defendant's favor.  Plaintiff shall have thirty days from

today's date to file a notice of appeal, or his rights to appeal will be waived.

IT IS SO ORDERED.

DATED this _13_ day of January, 2014.

                                Ancer L. Haggerty
                                United States District Judge

1 - JUDGMENT